UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

SECRETARY, DEPARTMENT OF
LABOR,

    Plaintiff,

v.                                                   Case No: 5:17-cv-94-Oc-30PRL

RIVER RANCH BAR & GRILLE, LLC
and RYAN W. BLAKESLEE,

    Defendants.

## **ORDER**

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Philip R. Lammens (Doc. 30). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.    The Report and Recommendation (Doc. 30) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. The Secretary's Petition for Adjudication in Civil Contempt (Doc. 23) is GRANTED.

3. Defendants River Ranch Bar & Grille, LLC and Ryan W. Blakeslee are hereby adjudged in civil contempt for failing to comply with the Default Judgment (Doc. 20). Defendants may purge themselves of the civil contempt by, within 10 days of the date of this Order, contacting counsel for the Secretary and providing payment of the amount due under the Default Judgment ($27,862.18, plus post-judgment interest in accordance with 28 U.S.C. § 1961 from the date of the original Judgment until paid).

4. If Defendants do not purge themselves of the civil contempt, a daily fine, in the amount of $500 per day, will be imposed against Defendants until they are in compliance with the Default Judgment.

5. Defendants are required to pay the Secretary's attorney's fees and costs incurred in this proceeding.

6. The U.S. Marshal is directed to serve Defendants with a copy of this Order.

**DONE** and **ORDERED** in Tampa, Florida, this 30th day of April, 2018.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record
U.S. Marshal's Service