# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

SECRETARY, DEPARTMENT OF
LABOR,

    Plaintiff,

v.                                             Case No: 5:17-cv-94-Oc-30PRL

RIVER RANCH BAR & GRILLE, LLC
and RYAN W. BLAKESLEE,

    Defendants.

---

**ORDER**

On March 26, 2019, pursuant to prior notice, this Fair Labor Standards Act case came before the Court for Defendants River Ranch Bar & Grille, LLC and Ryan W. Blakeslee to appear and show cause why they should not be held in civil contempt for failing to comply with the Default Judgment (Doc. 20) and prior Order (Doc. 31) entered in this case, and why the relief sought in Plaintiff's Petition for Additional Sanctions (Doc. 33) should not be granted. Counsel for the Secretary of the Department of Labor and Ryan W. Blakeslee (representing himself) appeared in person.

During the course of the hearing, the undersigned advised Mr. Blakeslee regarding the history of the case, including the Default Judgment in the amount of $27,862.18 and the previously imposed daily fine of $500 per day, which has been accruing and presently exceeds $117,000. (Doc. 31). The undersigned further cautioned Mr. Blakeslee that, had he not appeared at the

hearing today, the undersigned would have recommended that he be found in continued civil contempt and that Defendants be confined until they purged themselves of contempt.

During the hearing, counsel for the Secretary represented that Mr. Blakeslee has now agreed to provide financial documents to the agency so that his eligibility for a payment plan can be determined. Indeed, Mr. Blakeslee expressed his willingness to work with counsel for the Secretary toward a payment plan. Counsel for the Secretary requested that Defendant be given two weeks to provide requested financial documents to the Department of Labor, and that the daily fine of $500 per day be suspended while the Department reviews the documents. Counsel for the Secretary further stated that the Secretary was no longer asking for additional sanctions in light of Defendant's appearance at the hearing and his willingness to cooperate toward a payment plan.

Accordingly, it is ORDERED AND ADJUDGED that:

1. On or before **April 10, 2019**, Defendants River Ranch Bar & Grille, LLC, and Ryan W. Blakeslee shall provide to counsel for the Secretary of the Department of Labor all requested financial documents.

2. Defendant Ryan Blakeslee is directed to work in good faith with counsel for the Secretary of the Department of Labor in providing the requested financial documents and in working toward a payment plan.

3. At the request of counsel for the Secretary of the Department of Labor and effective immediately, the currently imposed $500 daily fine shall be <u>suspended</u> pending the Secretary's review of Defendant's financial documents. Upon appropriate motion, the fine may be reinstated or increased, or other sanctions may be imposed, due to Defendant's failure to comply with this Order or for other good cause shown.

4. **By written notice filed on or before May 10, 2019**, counsel for the Department of Labor shall advise the Court regarding the status of the case and whether any further issues require the Court's resolution at that time.

5. Plaintiff's motion for additional sanctions (Doc. 33) shall be terminated as moot.

**DONE** and **ORDERED** in Ocala, Florida on March 26, 2019.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties
Courtroom Deputy